UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JANE HINRICHS, JEFFREY HART,<br><br>                 Plaintiff,<br><br>   v.<br><br>LEANNE BURWELL, LOUIS G. BURWELL, ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>                 Defendant. | CASE NO. 2:21-cv-00080-RAJ-BAT<br><br>**ORDER RESETTING JOINT STATUS REPORT AND DISCOVERY PLAN DEADLINE** |

Based on the parties' Stipulated Motion to Reset the Joint Status Report and Discovery Plan deadline (Dkt. 21) and for good cause shown, the Court **ORDERS** that the current March 19, 2021 deadline for the parties' Joint Status Report and Discovery Plan is **stricken** and reset to ten (10) days after Judge Jones rules on the Report and Recommendation (Dkt. 17) to grant Allstate's Motion to Sever (Dkt. 6).

DATED this 18th day of March, 2021.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER RESETTING JOINT STATUS
REPORT AND DISCOVERY PLAN
DEADLINE - 1