1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JANE HINRICHS, JEFFREY HART,<br><br>                    Plaintiffs,<br><br>       v.<br><br>LEANNE BURWELL, LOUIS G. BURWELL, ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>                    Defendants. | CASE NO. 2:21-cv-00080-RAJ-BAT<br><br>**ORDER GRANTING MOTION TO SEVER AND REMAND** |

The Court, having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, the objections or responses to that, and the remaining record, finds and ORDERS:

   1.   The Report and Recommendation is **ADOPTED**;

ORDER GRANTING MOTION TO SEVER
AND REMAND - 1

   2. Defendant Allstate Insurance Company's Motion to Sever (Dkt. 6) is **GRANTED**; Plaintiffs' claim against Defendants Leanne Burwell and Louis Burwell is **SEVERED AND REMANDED** to King County Superior Court.

   3. This case is reassigned to Judge Tsuchida for further proceedings.

   4. The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

   Dated this 9th day of April, 2021.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEVER
AND REMAND - 2