UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JANE HINRICHS, JEFFREY HART, | CASE NO. 2:21-cv-00080-RAJ-BAT |
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION TO AMEND COMPLAINT** |
| LEANNE BURWELL, LOUIS G. BURWELL, ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, | |
| Defendants. | |

Plaintiffs seek to amend their Complaint to properly identify the defendant and to more accurately alleges facts relevant to the subject claim and to comport with severance of the Burwell Defendants (*see* Dkt. 24). Dkt. 27. The proposed amended complaint is attached to Plaintiffs' motion. Dkt. 27-2. Defendant Allstate Insurance Company has filed no opposition to the motion.

Accordingly, and for good cause shown, it is **ORDERED** that Plaintiffs' motion to amend (Dkt. 27) is **GRANTED**; the Clerk is directed to docket the proposed amended complaint (Dkt. 27-2) as Plaintiffs' Amended Complaint.

DATED this 12th day of May, 2021.

BRIAN A. TSUCHIDA
United States Magistrate Judge